**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bert Parrish, | No. CV-25-01523-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Vulcan Materials Company, | |
| Defendant. | |

When filing its reply in support of its motion to compel arbitration, defendant Vulcan Materials Company included additional evidence that should have been filed in connection with its original motion to compel. *See Reyna v. City of Portland*, 769 F. Supp. 3d 1161, 1190 n.13 (D. Or. 2025) ("new evidence in a reply . . . is inappropriate if it should have been addressed in the opening brief") (simplified). Plaintiff Bert Parrish asks the court to disregard the evidence submitted in connection with Vulcan's reply or alternatively allow him to file a sur-reply. To ensure a ruling is made on a complete record, the court will consider the evidence attached to the reply, but Parrish is allowed to file a sur-reply. Vulcan's request to file documents under seal is granted because the documents contain personally identifiable information. *See* Fed. R. Civ. P. 5.2.

**IT IS ORDERED** the Motion to Disregard (Doc. 20) is **GRANTED IN PART**. Plaintiff shall file a sur-reply addressing the new evidence no later than **August 12, 2025**.

**IT IS FURTHER ORDERED** the Motion to Withdraw (Doc. 16) is **GRANTED**. Attorney William M. Hogg is **TERMINATED** as counsel of record for plaintiff.

**IT IS FURTHER ORDERED** the Motion to Seal (Doc. 18) is **GRANTED**. The Clerk of Court shall file under seal the documents lodged at Doc. 19. This order shall not be sealed.

Dated this 5th day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge